MILLER, Respondent, v. MERCER, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 10, 1900.) Action by Richard G. Miller, as guardian of the property of Libbie White, an infant, against William L. Mercer. No opinion. Judgment and order affirmed, with costs.

MONDA, Respondent, v. BAILLEY, Appellant. (Supreme Court, Appellate Division, Third Department. May 2, 1900.) Action by A. J. Monda against Ferdinand Bailley. No opinion. Judgment affirmed, with costs.

MOORE et al., Appellants, v. BAKER, Respondent. (Supreme Court, Appellate Division, Third Department. May 15, 1900.) Action by Robert H. Moore and others against Julia L. Baker. No opinion. Motion to amend the order granted, on payment of $10 costs of this motion. See 56 N. Y. Supp. 1112.